UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GARY DEWITT ODOM,

    Plaintiff,

v.            Case No. 2:06-cv-255
               HON. GORDON J. QUIST

CRAIG HUTCHINGSON,

    Defendant.

_____/


## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 6, 2006.  The Report and Recommendation was duly served on the parties.  The Court has received objections from the plaintiff.  In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made.  The Court now finds the objections to be without merit.  For the reasons stated in the Report and Recommendation, plaintiff has failed to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b), and 42 U.S.C. § 1997e(c).

    THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Docket #12) is approved and adopted as the opinion of the court.

    IT IS FURTHER ORDERED that the Court finds no good-faith basis for appeal within the meaning of 28 U.S.C. §§ 1915(a)(3).  *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).


Dated:  March 30, 2007      _____/s/ Gordon J. Quist_____
               GORDON J. QUIST
               UNITED STATES DISTRICT JUDGE